IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1921-GMS |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1922-GMS |
| | ) | |
| DROPBOX, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1923-GMS |
| | ) | |
| FACEBOOK, INC., INSTAGRAM, INC. and | ) | |
| INSTAGRAM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1924-GMS |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1925-GMS |
| | ) | |
| IAC/INTERACTIVECORP, CITYGRID MEDIA, LLC, and VIMEO, LLC, | ) ) ) | |
| Defendants. | ) | |
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1926-GMS |
| | ) | |
| IMGUR LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1927-GMS |
| | ) | |
| PHOTOBUCKET.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1928-GMS |
| | ) | |
| PINTEREST, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| TLI COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1929-GMS |
| | ) | |
| SHUTTERFLY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| TLI COMMUNICATIONS LLC,         ) | |
| )                                | |
| Plaintiff,                     ) | |
| )                                | |
| v.                             ) | C.A. No. 13-1930-GMS |
| )                                | |
| SMUGMUG, INC.,                 ) | |
| )                                | |
| Defendant.                     ) | |
| TLI COMMUNICATIONS LLC,         ) | |
| )                                | |
| Plaintiff,                     ) | |
| )                                | |
| v.                             ) | C.A. No. 13-1931-GMS |
| )                                | |
| SNAPCHAT, INC.,                ) | |
| )                                | |
| Defendant.                     ) | |
| TLI COMMUNICATIONS LLC,         ) | |
| )                                | |
| Plaintiff,                     ) | |
| )                                | |
| v.                             ) | C.A. No. 13-1932-GMS |
| )                                | |
| TRIPADVISOR, INC. and TRIPADVISOR LLC, ) | |
| )                                | |
| Defendants.                    ) | |
| TLI COMMUNICATIONS LLC,         ) | |
| )                                | |
| Plaintiff,                     ) | |
| )                                | |
| v.                             ) | C.A. No. 13-1933-GMS |
| )                                | |
| TWITTER, INC. and VINE LABS, INC., ) | |
| )                                | |
| Defendants                     ) | |
| TLI COMMUNICATIONS LLC,         ) | |
| )                                | |
| Plaintiff,                     ) | |
| )                                | |
| v.                             ) | C.A. No. 13-1934-GMS |
| )                                | |
| WHI, INC. d/b/a We Heart It,   ) | |
| )                                | |
| Defendant.                     ) | |

| | |
|---|---|
| TLI COMMUNICATIONS LLC,                )<br>                                                              )<br>                    Plaintiff,                    )<br>                                                              )<br>             v.                                         )      C.A. No. 13-1935-GMS<br>                                                              )<br>YAHOO! INC. and TUMBLR, INC.,    )<br>                                                              )<br>                    Defendants.                )<br>TLI COMMUNICATIONS LLC,                )<br>                                                              )<br>                    Plaintiff,                    )<br>                                                              )<br>             v.                                         )      C.A. No. 13-1936-GMS<br>                                                              )<br>YELP INC.,                                        )<br>                                                              )<br>                    Defendant.                  ) | |

**STIPULATION AND PROPOSED ORDER**

Plaintiff and Defendants Google Inc., Apple Inc., Facebook Inc., Instagram, Inc., Instagram, LLC, Photobucket.com Inc., Dropbox, Inc., IAC/InterActiveCorp, CityGrid Media, LLC, Vimeo, LLC, Imgur LLC, Pinterest, Inc., Shutterfly, Inc., SnapChat, Inc., TripAdvisor LLC, TripAdvisor Inc., Tumblr, Inc., Yahoo!, Inc., Twitter, Inc., Vine Labs Inc., Yelp Inc., WHI Inc. and SmugMug, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby agree, subject to the Court's approval, that Plaintiff's response to Defendant Google Inc.'s Motion to Dismiss for Failure to State a Claim (the "Motion") (D.I. 7, C.A. No. 13-cv-1924-GMS), which was joined by all other defendants in the above actions, is extended until February 10, 2014.  The parties further agree, subject to the Court's approval, that Defendants' time to file their replies in support of the Motion is extended to February 27, 2014.  The parties request this extension so that both Plaintiff and Defendants can further analyze the relevant arguments and draft appropriate responses.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Farnan* | */s/ Richard L. Horwitz* |
| Brian E. Farnan (#4089) | Richard L. Horwitz (#2246) |
| Michael J. Farnan (#5165) | David E. Moore (#3983) |
| 919 N. Market St., 12th Floor | Nicholas J. Brannick (#5721) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 777-0300 | 1313 N. Market Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff* | dmoore@potteranderson.com |
| *TLI Communications LLC* | nbrannick@potteranderson.com |
| | *Attorneys for Defendant Apple Inc.* |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BLANK ROME LLP |
| */s/ Jack B. Blumenfeld* | */s/ Steven L. Caponi* |
| Jack B. Blumenfeld (#1014) | Steven L. Caponi (#3484) |
| 1201 N. Market Street | 12 N. Market Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 425-6400 |
| (302) 658-9200 | caponi@blankrome.com |
| jblumenfeld@mnat.com | |
| | *Attorneys for Defendants Facebook, Inc., Instagram, LLC, and Instagram, Inc.* |
| *Attorney for Defendants Google, Inc. Dropbox, Inc., CityGrid Media, LLC, IAC/InterActiveCorp, Vimeo LLC, Imgur LLC, Photobucket.com, Inc., Pinterest, Inc., Shutterfly, Inc., Snapchat, Inc., TripAdvisor Inc., TripAdvisor LLC, Yahoo! Inc., Tumblr, Inc., Twitter Inc, Vine Labs Inc., WHI, Inc., and Yelp Inc.* | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Eleanor G. Tennyson (#5812)
1201 N. Market Street P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
etennyson@mnat.com

*Attorneys for SmugMug, Inc.*

January 31, 2014

IT IS SO ORDERED the _____ day of _____, 2014.

                                      CHIEF, UNITED STATES DISTRICT JUDGE