## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------------x
TLI COMMUNICATIONS LLC,                :
                                       :   C.A. No. 13-1924-GMS
                    Plaintiff,         :
                                       :
                                       :
                                       :
             v.                        :
                                       :
                                       :
                                       :
GOOGLE INC.                            :
                                       :
                    Defendant.         :
                                       :
                                       :
                                       :
                                       :
                                       :
-----------------------------------------------------------------------x
```

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that plaintiff TLI COMMUNICATIONS LLC, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses the above-captioned action *without prejudice* against the defendant GOOGLE INC.

Dated: February 10, 2014

                **FARNAN LLP**

                /s/ Brian E. Farnan
                Brian E. Farnan (Bar No. 4089)
                Michael J. Farnan (Bar No. 5165)
                919 North Market Street, 12th Floor
                Wilmington, Delaware 19801
                302-777-0300
                302-777-0301
                bfarnan@farnanlaw.com

                *Attorney for Plaintiff*

2

Of Counsel:

Robert A. Whitman
Mark S. Raskin
Mishcon de Reya New York LLP
750 Seventh Ave, 26th Floor
New York, New York 10019
Telephone (212) 612-3270
Facsimile (212) 612-3297

2

Of Counsel:

Robert A. Whitman
Mark S. Raskin
Mishcon de Reya New York LLP
750 Seventh Ave, 26th Floor
New York, New York 10019
Telephone (212) 612-3270
Facsimile (212) 612-3297